HD

Rcv'd by: AN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- GREENBELT
'23 APR 12 AM 11:43

| | |
|---|---|
| Vincent Pinkney Pitts <br> 3614 Anne Hathaway Drive, Apt 1C <br> Randallstown, Maryland 21133 <br><br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -against- <br><br> Maryland Department of Transportation <br> 7050 Friendship Rd. <br> Baltimore, MD 21240 <br><br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | **Complaint for Employment Discrimination** <br><br> Case No: JMC 23 CV 0983 <br><br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial:  ☐ Yes  ■ No <br> *(check one)* |

**I.  The Parties to This Complaint**

    **A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Vincent Pinkney Pitts |
| Street Address | 3614 Anne Hathaway Drive, Apt 1C |
| City and County | Randallstown and Baltimore Country |
| State and Zip Code | Maryland 21133 |
| Telephone Number | 443-778-9892 |
| E-mail Address | vppitts@earthlink.net |

    **B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Maryland Department of Transportation |
| Job or Title (if known) | MDOT MAA |
| Street Address | 7050 Friendship Rd. |
| City and County | Baltimore |
| State and Zip Code | Maryland and 21240 |
| Telephone Number | 410-859-7693 |
| E-mail Address (if known) | |

2

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☑ Other federal law *(specify the federal law)*:
  All the above to include Retaliation

- ☑ Relevant state law *(specify, if known)*:
  All the above to include Retaliation

- ☑ Relevant city or county law *(specify, if known)*:
  All the above to include Retaliation

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant No. 2

    Name                _____

    Job or Title (if known)    _____

    Street Address        _____

    City and County      _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address (if known)   _____

Defendant No. 3

    Name                _____

    Job or Title (if known)    _____

    Street Address        _____

    City and County      _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address (if known)   _____

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name — Maryland Dept of Transportation - BWI

    Street Address — 7050 Friendship Rd

    City and County — Baltimore

    State and Zip Code — Maryland, 21240

    Telephone Number — (410) -859- 7693

3

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☑ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: __Honorable Discharge Veteran__

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

__October 21, 2022__

C. I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race __African American__
- ☐ color ____
- ☑ gender/sex __Male / Divorced__
- ☐ religion ____
- ☐ national origin ____
- ☑ age. My year of birth is __1962__. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)* __Service Connected and HIP Injury/Replacment__

5

E. The facts of my case are as follows. Attach additional pages if needed.

**EEOC Notice of Right to Sue #531-2023-00337, 1/13/2023**

**EEOC Charge of Discrmination Complaint, 1/03/2023**

A review of your application has determined that you do not appear to meet the minimum qualifications for this position: Insufficient Experience.

**I am United States Honorable Discharged Naval Officer (DD-214 and Reserves) and**

**I have a dual Masters (MBA/2014 and MSCT/2003) and 20+ years**

**in the Technical and Business Areas and attached documents**

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

**1/03/2023 attached**

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* **1/13/2023**.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory and punitive damages, backpay/frontpay, exponge of application comments of not qualified and based on the salary (and benefits) of the Airport Badging Agent I postion that is also based the following:

1) High school or possession of a high school equivalency certificate.

2) U.S. Armed Forces military service experience as defined under the Minimum Qualifications may be substituted for the required experience on a year-for-year

3) Licenses & Certifications: Not Applicable

4) $35,710.00 - $56,174.00 Annually

7

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __4/12__, 20_23_.

Signature of Plaintiff   _Vincent P Pitts_
Printed Name of Plaintiff   _VINCENT P PITTS_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
Telephone Number   _____
E-mail Address   _____